**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**HECTOR MANUEL SANTINI ORTIZ**<br>xxx–xx–6755<br><br>Debtor(s) | Case No. **18–05000 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 12/4/18 |

*ORDER*

Debtor's objection to claim #3 filed by Army & Air Force Exchange Services (docket entry #13), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Tuesday, December 4, 2018 .

*Edward A. Godoy*
United States Bankruptcy Judge